**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0917-17T4

STATE OF NEW JERSEY,

    Plaintiff-Respondent,

v.

CURTIS BLUNT, a/k/a
CURTIS MCCLAIN,

    Defendant-Appellant.

_____

Submitted March 10, 2020 – Decided May 8, 2020

Before Judges Messano, Ostrer and Susswein.

On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Accusation No. 14-11-0506 and Indictment No. 12-12-1859.

Joseph E. Krakora, Public Defender, attorney for appellant (Daniel S. Rockoff, Assistant Deputy Public Defender, of counsel and on the brief).

Christopher L.C. Kuberiet, Acting Middlesex County Prosecutor, attorney for respondent (Patrick F. Galdieri II, Special Deputy Attorney General/Acting Assistant Prosecutor, of counsel and on the brief).

PER CURIAM

Defendant, Curtis Blunt, appeals from the sentence imposed following his revocation of special Drug Court probation. Specifically, he contends the resentencing court should have awarded additional jail credits. We determined that the record before us was inadequate to permit meaningful appellate review of defendant's claim that he was entitled to additional jail credits. Accordingly, we temporarily remanded to the trial court to conduct further proceedings and enter findings of fact and conclusions of law. We retained jurisdiction.

Sadly, we have since been advised by defense counsel that defendant is deceased. It is hereby ordered that the appeal is dismissed as moot.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2